**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 120 MAL 2020

       Respondent              :

                                      :   Petition for Allowance of Appeal
                                      :   from the Order of the Superior Court

          v.                         :

                                        :

JAMES EDWARD ROCHE,              :

                             :

           Petitioner              :

## ORDER

**PER CURIAM**

      **AND NOW**, this 4th day of August, 2020, the Petition for Allowance of Appeal is **DENIED**.